IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JOSIAS MOISES MENDOZA BONILLA,** §<br>    Petitioner, §<br> §<br>v. §<br> §<br>**WARDEN**, *in his/her official capacity, as* §<br>*Warden of the ERO Camp East Montana* §<br>*Detention Facility, et al.*, §<br>    **Respondents.** § | EP-26-CV-00266-DB |

## ORDER

On this day, the Court *sua sponte* considered the above captioned case. On February 6, 2026, this Court issued an "Order," ECF No. 4, granting in part Petitioner Josias Moises Mendoza Bonilla's "Emergency Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief," ECF No. 1, filed on January 30, 2026. Therein, the Court ordered Respondents to provide Petitioner with a bond hearing before an immigration judge by February 10, 2026. ECF No. 4 at 3. On February 13, 2026, Respondents filed a "Status Report," ECF No. 6, advising the Court "that a bond hearing was scheduled in this case before the immigration court, but on February 10, 2026, the immigration judge denied the bond motion, citing a lack of jurisdiction under Fifth Circuit precedent. As a result, Petitioner remains detained in ICE custody in El Paso at the time of this filing but is being processed for release from custody today." ECF No. 6 at 1 (citation omitted). However, on February 23, 2026, Petitioner's attorney advised the Court that, as of the date of filing, Petitioner continues to be detained at Camp East Montana. ECF No. 7 at 1. Upon receiving Petitioner's Notice, ECF No. 7, the Court contacted Respondents via email requesting a status update. The Court received no response.

Accordingly, **IT IS HEREBY ORDERED** Respondents **SHALL FILE A NOTICE** advising the Court what steps they have taken to comply with this Court's Order, ECF No. 4, by **no later than February 27, 2026**. Respondents should also address why they failed to provide the Court this information when it was requested via email on February 24, 2026.

**SIGNED** this **25th** day of **February 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE