IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSIAS MOISES MENDOZA BONILLA,<br>  Petitioner,<br><br>v.<br><br>WARDEN, *in his/her official capacity, as Warden of the ERO Camp East Montana Detention Facility, et al.*,<br>  Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-26-CV-00266-DB |

## ORDER

On this day, the Court considered the above-captioned case. On February 27, 2026, Respondents filed "Federal Respondents' Status Report," ECF No. 9, advising the Court "Petitioner was released on February 25, 2026."

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than March 9, 2026.**

**SIGNED** this **2nd** day of **March 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE